1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com
2  T. LEE KISSMAN (SB# 233434) leekissman@paulhastings.com
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   Attorneys for Plaintiff
6  BIOMARIN PHARMACEUTICAL, INC.

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 | BIOMARIN PHARMACEUTICAL, INC. | CASE NO. C-07-2855 (JCS)
13 |         Plaintiff,            | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
14 |         vs.                   |
15 | SEYER PHARMATEC, INC.         |
16 |         Defendant.            |

CASE NO. C 07-2855 (JCS)

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: June 29, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP
MARK E. MCKEEN
T. LEE KISSMAN

By:       /s/ Mark E. McKeen
        MARK E. MCKEEN

Attorneys for Plaintiff
BIOMARIN PHARMACEUTICAL, INC.

LEGAL_US_W # 56553474.1