**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BIOMARIN PHARMACEUTICAL INC,                          No. C 07-02855 CRB

       Plaintiff,                                              **Clerk's Notice**

  v.

SEYER PHARMATEC INC,

       Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for October 12, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer.  The case management stated shall be file on or before October. 5 2007.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: July 12, 2007                                              FOR THE COURT,

                                                                   Richard W. Wieking, Clerk

                                                                 By:_____
                                                                     Barbara Espinoza
                                                                     Courtroom Deputy