KASSRA P. NASSIRI (SBN 215405)
knassiri@nassiri-jung.com
CHARLES H. JUNG (SBN 217909)
cjung@nassiri-jung.com
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108
Telephone: (415) 373-5699
Facsimile: (415) 534-3200

Attorneys for Defendant
SEYER PHARMATEC, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BIOMARIN PHARMACEUTICAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>SEYER PHARMATEC, INC.<br><br>Defendant. | Case No.: C-07-2855 (CRB)<br><br>**STIPULATION REGARDING RESPONSE TO COMPLAINT** |

WHEREAS Plaintiff BioMarin Pharmaceutical, Inc. ("Plaintiff") filed a Complaint in the United States District Court for the Northern District of California on June 1, 2007 ("Complaint");

WHEREAS Plaintiff states that Plaintiff personally served Defendant Seyer Pharmatec, Inc. ("Defendant") with the Complaint on July 25, 2007;

WHEREAS pursuant to Federal Rule of Civil Procedure 12(a), the time for Defendant to answer or present other defenses or objections to the Complaint is twenty days after service on the Defendant, (e.g., August 14, 2007, assuming service was effected on July 25, 2007);

1  WHEREAS Plaintiff and Defendant have agreed to an extension of time to and including
2  September 7, 2007 for Defendant to answer or otherwise respond to the Complaint;
3  WHEREAS pursuant to Local Rule 6-1(a) the "parties may stipulate, in writing, without
4  a Court order, to extend the time within which to answer or otherwise respond to the complaint .
5  . ."
6  NOW THEREFORE IT IS STIPULATED AND AGREED THAT:
7  1. The deadline for Defendant Seyer Pharmatec, Inc. to answer or otherwise respond to
8  the Complaint shall be extended to and including September 7, 2007.

Dated: August __, 2007                    NASSIRI & JUNG LLP


By:_____
Kassra P. Nassiri
Attorneys for Defendant
SEYER PHARMATEC, INC.


Dated: August 10, 2007                    Paul, Hastings, Janofsky & Walker LLP


By: /s/ Mark E. McKeen
Mark E. McKeen
Attorneys for Plaintiff
BIOMARIN PHARMACEUTICAL INC.


August 21, 2007



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIUPULATION REGARDING RESPONSE TO COMPLAINT

1. WHEREAS Plaintiff and Defendant have agreed to an extension of time to and including September 7, 2007 for Defendant to answer or otherwise respond to the Complaint;

2. WHEREAS pursuant to Local Rule 6-1(a) the "parties may stipulate, in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . ."

NOW THEREFORE IT IS STIPULATED AND AGREED THAT:

1. The deadline for Defendant Seyer Pharmatec, Inc. to answer or otherwise respond to the Complaint shall be extended to and including September 7, 2007.

Dated: August 10, 2007

NASSIRI & JUNG LLP

By: _____
Kassra P. Nassiri
Attorneys for Defendant
SEYER PHARMATEC, INC.

Dated: August __, 2007

Paul, Hastings, Janofsky & Walker LLP

By: _____
Mark E. McKeen
Attorneys for Plaintiff
BIOMARIN PHARMACEUTICAL INC.

- 2 -
STIUPULATION REGARDING RESPONSE TO COMPLAINT