1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com
2  T. LEE KISSMAN (SB# 233434) leekissman@paulhastings.com
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   Attorneys for Plaintiff
6  BIOMARIN PHARMACEUTICAL, INC.

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO DIVISION

11

12 | BIOMARIN PHARMACEUTICAL, INC. | CASE NO. C-07-02855 (CRB)
13 |           Plaintiff,           | **NOTICE OF CONDITIONAL SETTLEMENT**
14 |           vs.                  |
15 | SEYER PHARMATEC, INC.          |
16 |           Defendant.           |

CASE NO. C-07-02855 (CRB)                                    NOTICE OF CONDITIONAL SETTLEMENT

**NOTICE OF CONDITIONAL SETTLEMENT**

WHEREAS, on or about October 1, 2007, Plaintiff and Defendant fully executed a Settlement Agreement and Release document in the above-captioned matter.

WHEREAS, the parties anticipate filing a Stipulation and Request for Dismissal of this matter, with prejudice, no later than October 26, 2007, and upon the completion of certain payment conditions provided for under the Settlement Agreement and Release.

WHEREAS, Defendant's response to the Complaint is due by October 8, 2007. Further, this Court has ordered that the parties file a Joint Case Management Statement by October 5, 2007 and has scheduled a Case Management Conference for 8:30 a.m. on October 12, 2007.

NOW THEREFORE IT IS STIPULATED AND AGREED THAT:

The Court should enter an Order of Conditional Dismissal pending the filing of the anticipated Stipulation and Request for Dismissal by no later than October 26, 2007, such that the above-referenced deadlines and Case Management Conference are vacated.

DATED: October 2, 2007          PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                By:     /s/ Mark E. McKeen
                                        MARK E. MCKEEN

                                Attorneys for Plaintiff
                                BIOMARIN PHARMACEUTICAL, INC.


DATED: October 2, 2007          NASSIRI & JUNG LLP

                                By:     /s/ Kassra P. Nassiri
                                        KASSRA P. NASSIRI

                                Attorneys for Defendant
                                SEYER PHARMATEC, INC.

LEGAL_US_W # 57216212.1

CASE NO. C-07-02855 (CRB)          - 1 -          NOTICE OF CONDITIONAL SETTLEMENT