1  NASSIRI & JUNG LLP
   KASSRA P. NASSIRI (#215405) knassiri@nassiri-jung.com
2  251 Kearny Street
   Suite 501
3  San Francisco, CA 94108
   Telephone: (415) 373-5699
4  Facsimile: (415) 534-3200

5  Attorneys for Defendant SEYER PHARMATEC, INC.

6  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   MARK E. MCKEEN (SB# 130950) markmckeen@paulhastings.com
7  T. LEE KISSMAN (SB# 233434) leekissman@paulhastings.com
   55 Second Street
8  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
9  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
10
   Attorneys for Plaintiff BIOMARIN PHARMACEUTICAL, INC.
11

12                IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  BIOMARIN PHARMACEUTICAL, INC. | CASE NO. C-07-02855 (CRB) |
| 17         Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 (a)(1)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| 18         vs. | |
| 19  SEYER PHARMATEC, INC. | |
| 20         Defendant. | |

CASE NO. C-07-02855 (CRB)

STIPULATION OF DISMISSAL WITH PREJUDICE

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)

WHEREAS, on or about June 1, 2007, Plaintiff filed a complaint in the above-captioned matter.

WHEREAS, Defendant has not filed a responsive pleading or motion for summary judgment in the above-captioned matter.

WHEREAS, on or about October 1, 2007, Plaintiff and Defendant fully executed a Settlement Agreement and Release document, wherein both parties agreed to the dismissal of the above-captioned matter with prejudice.

WHEREAS, the parties now jointly file this stipulation of dismissal with prejudice of the above-captioned matter under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

NOW THEREFORE IT IS STIPULATED AND AGREED THAT:

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by counsel, hereby stipulate to the dismissal of this matter with prejudice.

DATED: October 15, 2007

NASSIRI & JUNG LLP

By: _____
KASSRA P. NASSIRI

Attorneys for Defendant
SEYER PHARMATEC, INC.

DATED: October 15, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
MARK E. MCKEEN

Attorneys for Plaintiff
BIOMARIN PHARMACEUTICAL, INC.